1084

## In the Matter of TRIANGLE METAL NOVELTY CORP., Bankrupt, Izak Fried, Appellant.
### No. 61.

Circuit Court of Appeals, Second Circuit.
Nov. 16, 1931.

Hoenig & Hoenig, of New York City (Moses H. Hoenig, of New York City, of counsel), for appellant.

Copal Mintz, of New York City, for Trustee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Orders affirmed, with costs.

## UNITED STATES of America, Respondent, v. Joseph P. CATALDO and Guido Laurenti, Appellants.
### No. 253.

Circuit Court of Appeals, Second Circuit.
Jan. 18, 1932.

Thomas L. Newton, of Buffalo, N. Y., for appellants.

Richard H. Templeton, U. S. Atty., of Buffalo, N. Y. (Joseph J. Doran, Asst. U. S. Atty., of Rochester, N. Y., of counsel), for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Judgments affirmed.

## UNITED STATES of America, Appellant, v. CHIN LIN SHEE, alias Chin Yau Hop, Appellee.

Jan. 21, 1932.
Circuit Court of Appeals, Ninth Circuit.

Before WILBUR and SAWTELLE, Circuit Judges, and McCORMICK, District Judge.

PER CURIAM.
Pursuant to motion of appellant, ordered appeal dismissed; mandate forthwith.

## UNITED STATES, Plaintiff-Appellee, v. Frank DAINO and Agnes Capozzi, Defendants-Appellants.
### No. 188.

Circuit Court of Appeals, Second Circuit.
Dec. 7, 1931.

Irving K. Baxter, of Utica, N. Y., for appellants.

Oliver D. Burden, U. S. Atty., of Syracuse, N. Y. (R. O. Baldwin, Asst. U. S. Atty., of Syracuse, N. Y., of counsel), for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed in open court.

## UNITED STATES, Plaintiff-Appellee, v. John KOWALSKI, Defendant-Appellant.
### No. 212.

Circuit Court of Appeals, Second Circuit.
Dec. 7, 1931.

Irving K. Baxter, of Utica, N. Y., for appellant.

Oliver D. Burden, U. S. Atty., of Syracuse, N. Y. (Floyd S. Spangle, Asst. U. S. Atty., of Fulton, N. Y., of counsel), for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed in open court.